Name and address:

Nicholas M. Wajda
6167 Bristol Parkway, Suite 200
Culver City, CA 90230

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BERENICE BOLANOS, individually and on behalf of all others similarly situated, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:20-cv-01324-MCS-SHK |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Vlahakis, James C.                                        of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(630) 575-8181                      (630) 575-8188

*Telephone Number*          *Fax Number*

jvlahakis@sulaimanlaw.com

*E-Mail Address*

Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Berenice Bolanos

*Name(s) of Party(ies) Represented*                    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Wajda, Nicholas M.                                        of

*Designee's Name (Last Name, First Name & Middle Initial)*

259178          (310) 997-0471          (866) 286-8433

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

nick@wajdalawgroup.com

*E-Mail Address*

Wajda Law Group, APC
6167 Bristol Parkway, Suite 200
Culver City, CA 90230

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

 ☐ for failure to complete Application: _____

 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

 ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1