**SULAIMAN LAW GROUP, LTD.**
James C. Vlahakis (Illinois State Bar No. 6230459)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Email: jvlahakis@sulaimanlaw.com
*Attorney for Plaintiff*
*PRO HAC VICE*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERENICE BOLANOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 5:20-cv-01324-MCS-SHK<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that BERENICE BOLANOS ( "Plaintiff") has reached a settlement in principle with Defendant MIDLAND CREDIT MANAGEMENT, INC. in Plaintiff's individual capacity. Plaintiff has the consent of Defendant to file this Notice of Settlement.. Defendant is in the process of preparing a draft the settlement agreement. The parties anticipate filing dismissal papers within 45 days. The proposed settlement will lead to the dismissal of Plaintiff's individual claims with prejudice and the dismissal of the claims of the putative class members *without* prejudice.

WHEREFORE, in light of the Notice of Settlement, Plaintiff respectfully moves to vacate all pending deadlines, including the deadlines of March 1, 2021, for the filing of class certification.

Dated: March 1, 2021                  Respectfully Submitted,

By: /s/ *James C. Vlahakis*
James C. Vlahakis, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200

1

Lombard, Illinois 60148
Email: jvlahakis@sulaimanlaw.com
*Attorney for Plaintiff , PRO HAC VICE*

## **CERTIFICATE OF SERVICE**

As counsel for Plaintiff, I certify that I filed the above document with the District Court's ECF filing system and that the ECF system will send notice of this filing to all counsel of record.

*/s/ James C. Vlahakis*
James C. Vlahakis, Esq.