**SULAIMAN LAW GROUP, LTD.**
James C. Vlahakis (Illinois State Bar No. 6230459)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Email: jvlahakis@sulaimanlaw.com
*Attorney for Plaintiff*
PRO HAC VICE

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERENICE BOLANOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 5:20-cv-01324-MCS-SHK<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Berenice Bolanos and Defendant Midland Credit Management, Inc., acting through their counsel, hereby stipulate that:

1. Plaintiff's individual claims are dismissed with prejudice;

2. the claims of the putative class members are dismissed without prejudice; and

3. each party will bear its or his own attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *James C. Vlahakis* | /s/ *Mei-Ying M. Imanaka* |
| James C. Vlahakis, Esq. | Thomas F. Landers |
| Sulaiman Law Group, Ltd. | Mei-Ying M. Imanaka |
| 2500 South Highland Avenue, Suite 200 | Solomon Ward Seidenwurm & Smith, LLP |
| Lombard, Illinois 60148 | 401 B Street, Suite 1200 |
| Email: jvlahakis@sulaimanlaw.com | San Diego, California 92101 |
| *Attorney for Plaintiff* | Telephone: (619) 231-0303 |
| *PRO HAC VICE* | mimanaka@swsslaw.com |
| | tlanders@swsslaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ James C. Vlahakis
James C. Vlahakis
*Attorney for Plaintiff*